FILED
2026 Nov-06 PM 05:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| | ] | |
| **v.** | ] | **2:25-cr-378-ACA-HNJ** |
| | ] | |
| **JOSHUA THOMAS CANTONE,** | ] | |
| | ] | |
| **Defendant.** | ] | |

# ORDER

Defendant, Joshua Thomas Cantone, has entered pleas of guilty to Counts 1, 2, and 4 of the indictment. On October 21, 2026, the magistrate judge entered a report recommending that the court accept the guilty pleas. (Doc. 39). Mr. Cantone has not objected to the report and recommendation. Accordingly, the court **ACCEPTS** the report, **ADOPTS** the recommendation, and **ACCEPTS** the pleas.

The court will set a date for sentencing in a separate order.

**DONE** and **ORDERED** this November 6, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE